Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GERRY GRAY,**

    **Plaintiff,**

vs.                                                                 5:05-CV-196-SPM

**JOANNE BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND REMANDING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 11) filed January 9, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 11) is adopted and incorporated by reference in this order.

2. The motion to remand (doc. 10) is hereby *granted*, and the Commissioner's decision denying benefits is reversed.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act.

4. Defendant Commissioner is ordered to direct the Appeals Council to remand this case to the Administrative Law Judge (ALJ) to do the following:

   a. identify all documents for the record;

   b. contact the treating physician, if necessary, to clarify the physician's statements and information;

   c. obtain vocational expert testimony as necessary;

   d. formulate a residual functional capacity (RFC), with specific reference to the record, including specific consideration of the treating physician's opinion; and

   e. utilize Plaintiff's RFC to determine whether Plaintiff requires a sit/stand option.

5. The clerk shall enter judgment for Plaintiff and close this case.

**DONE AND ORDERED** this ninth day of February, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao